IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
DEC 15 2016
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.    1:16CR000134SNLJ/ACL |
| MICHAEL A. MCNAIR, SR., | ) ) ) | Title 18 U.S.C. §922(g)(1) Title 26 U.S.C. §5861(d) |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about February 25, 2016, in Butler County, within the Eastern District of Missouri, **MICHAEL A. MCNAIR, SR.**, the defendant herein, did possess in and affecting interstate commerce, ammunition, to-wit:, a Winchester 12 gauge shotgun shell, and had previously thereto been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, to include:

  (1) On October 26, 1994, in the Circuit Court of Butler County, Missouri, in Case Number 36R039400966, for the Class C felony of Receiving Stolen Property.

  (2) On May 23, 2000, in the Circuit Court of Butler County, Missouri, in Case Number 36R030000233, for the Class C felony of Distribution of Controlled Substance.

  (3) On November 18, 2008, in the Circuit Court of Butler County, Missouri, in Case Number 08BT-CR00211-01, for the Class B felony of Distribution of Controlled Substance.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2016, in Butler County, within the Eastern District of Missouri, **MICHAEL A. MCNAIR, SR.**, the defendant herein, did possess in and affecting interstate and foreign commerce, a firearm, to-wit: a Foremost, Model 6620, 12 gauge shotgun, and had previously thereto been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year, to include:

(1) On October 26, 1994, in the Circuit Court of Butler County, Missouri, in Case Number 36R039400966, for the Class C felony of Receiving Stolen Property.

(2) On May 23, 2000, in the Circuit Court of Butler County, Missouri, in Case Number 36R030000233, for the Class C felony of Distribution of Controlled Substance.

(3) On November 18, 2008, in the Circuit Court of Butler County, Missouri, in Case Number 08BT-CR00211-01, for the Class B felony of Distribution of Controlled Substance.

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT III**

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 25, 2016, in Butler County, in the Eastern District of Missouri, the defendant, **MICHAEL A. MCNAIR, SR.**, knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a), that is, a Foremost, Model 6620, 12 gauge shotgun, with a barrel length of 10.75 inches and an overall length of 21.5 inches, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5845(a), 5861(d), and 5871.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY


_____
PAUL W. HAHN, #33190MO
ASSISTANT UNITED STATES ATTORNEY